

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM CRUZADO, #34564,<br><br>*Plaintiff,*<br><br>vs.<br><br>DARREN BAKER, *et al.*<br><br>*Defendants.* | 3:11-cv-00522-RCJ-WGC<br><br>ORDER |

Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint (#7) pursuant to 42 U.S.C. § 1983, which previously has been screened (#6). On the showing made in the pauper application (#1), the Court finds that plaintiff must pay an initial partial filing fee of $22.89 toward the full filing fee of three hundred fifty dollars ($350.00), pursuant to 28 U.S.C. § 1915(b)(1).

IT THEREFORE IS ORDERED:

1. Plaintiff's application (#1) to proceed *in forma pauperis* is GRANTED; however, plaintiff shall be required to pay an initial installment fee in the amount of $22.89 toward the full filing fee of three hundred fifty dollars ($350.00). Plaintiff shall have thirty (30) days from the date this order is entered in which to have the designated fee sent to the Clerk of Court. Failure to do so may result in dismissal of this action without further advance notice. Furthermore, even if this action is dismissed, the full filing fee still must be paid pursuant to 28 U.S.C. § 1915(b)(2).

1  2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

3. **The Clerk of Court shall SEND plaintiff two copies of this order.** Plaintiff is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the designated fee, by sending a copy of the order with the "brass slip" for the amount of the fee to Inmate Services for the Nevada Department of Corrections.

4. Pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account, in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action. **The Clerk of the Court shall SEND a copy of this order to the Finance Division of the Clerk's Office. The Clerk shall also SEND a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.**

5. The Attorney General's Office shall advise the Court within **twenty-one (21) days** of the date of the entry of this order whether it can accept service of process for the named defendants. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s).

6. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).

7. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **sixty (60) days** from the date of this order.

8. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other

1 | document submitted for consideration by the Court. Plaintiff shall include with the original
2 | paper submitted for filing a certificate stating the date that a true and correct copy of the
3 | document was mailed to the defendants or counsel for the defendants. If counsel has
4 | entered a notice of appearance, the plaintiff shall direct service to the individual attorney
5 | named in the notice of appearance, at the address stated therein. The Court may disregard
6 | any paper received by a district judge or magistrate judge which has not been filed with the
7 | Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails
8 | to include a certificate showing proper service.

DATED: May 11, 2012

_____
ROBERT C. JONES
Chief United States District Judge