# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABRAHAM CRUZADO, | ) | 3:11-cv-00522-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 1, 2012 |
| | ) | |
| DARREN BAKER, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' Motion for Enlargement.  (Doc. #22.)  Therein the defendants seek an extension of fourteen (14) days from any ruling by the court on plaintiff's motions (Docs. #12 and #18) to respond to plaintiff's complaint.  (*Id*.)

In view of the court's granting plaintiff's motion to withdraw his motion to amend his complaint (Doc. #18), and good cause appearing, defendants' motion (Doc. #22) is **GRANTED.** The defendants shall have **up to and including August 15, 2012,** within which to respond to plaintiff's complaint (Doc. #7).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
        Deputy Clerk