# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVANDA

ABRAHAM CRUZADO,           )
                                     Plaintiff,           )
                                       vs.           )           3:11-cv-00522-RCJ-WGC
DARREN BAKER et al.,           )           **ORDER**
                                     Defendants.           )

This is a prisoner civil rights case. Plaintiff has filed four motions. First, Plaintiff's motions for a preliminary injunction and for sanctions arise out of his allegation that prison staff refused to timely mail his pleadings as submitted and otherwise opened or interfered with them. Defendants respond with the affidavit of Correctional Sergeant April Witter, noting that no Defendant ever opened the package, that Plaintiff sent his pleading attached to a kite to the law library, that the law library returned it indicating that they did not mail pleadings and that he would have to direct it to the mail room, that he did so, that the pleading was returned to him after being weighed so that he could fill out a "brass slip" to authorize a draw of postage from his account, that he twice failed to fill out the "brass slip" properly and that the pleading was returned to him each time, and that when a mail room officer returned it to him in person to explain how to fill out the "brass slip," Plaintiff had a tantrum and threw the pleading across the room. (*See* Witter Aff., Apr. 18, 2013, ECF No. 81-1).

Plaintiff has also filed a motion for the Court to stay summary judgment proceedings until ruling on Defendant's Motion No. 68. The Court has denied Motion No. 68, so the motion to


stay is moot.

Plaintiff has also asked the Court to clarify: (1) the summary judgment motion cut-off date; (2) whether Plaintiff may be present at any future status conference; and (3) whether the Court will reset the summary judgment cut-off date at such a conference. This motion is directed to the Magistrate Judge.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Stay (ECF No. 73), Motion for Preliminary Injunction (ECF No. 78), and Motion for Sanctions (ECF No. 80) are DENIED.

IT IS SO ORDERED.

Dated this 25th day of April, 2013.

_____
ROBERT C. JONES
United States District Judge