# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABRAHAM CRUZADO, | ) | 3:11-cv-00522-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 16, 2016 |
| DARREN BAKER, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 125). Pursuant to the Stipulation and Order of Dismissal entered on July 10, 2013 (ECF No. 120), this case is **CLOSED**. This Court did not retain continuing jurisdiction over this case after the dismissal of the action. If Plaintiff wishes to pursue this matter further, he must file a new complaint in the appropriate forum.

Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 125) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk